IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02766-CMA-SKC

COLORADO UNION OF TAXPAYERS, INC. and
COLORADO STOP THE WOLF COALITION,

    Plaintiffs,

v.

JENA GRISWOLD, Colorado Secretary of State in her official capacity, and
JUDD CHOATE, Director of Elections, Colorado Department of State, in his official capacity,

    Defendants.

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants respectfully request a 21-day extension of time to answer or otherwise respond to the Complaint, to and including December 1, 2020.

**STATEMENT OF CONFERRAL**

Counsel for Defendants conferred with counsel for both Plaintiffs regarding this 21-day extension. Plaintiffs do not oppose the extension.

**MOTION**

1. Defendants waived service of the summons and complaint in this matter. Their answer or response under Fed. R. Civ. P. 12(b) is currently due November 10, 2020.

2. Defendants and their counsel have been focused on briefing Plaintiffs' request for preliminary injunction and preparing for a preliminary injunction hearing that

had been scheduled for October 28, 2020, (The hearing was vacated by the Court on October 27.)

3. Defendants and their counsel are also currently occupied with the November 3, 2020 general election. Secretary of State Griswold is Colorado's chief elections officer, and Mr. Choate is the Director of Elections for the State. Their attorneys in this matter are also directly involved with election matters on behalf of the Colorado Department of Law, and may need to respond to emergency election related matters over the next several days.

4. This extension will not introduce any delay into the proceedings. The Court recently granted the parties' joint motion to extend the Fed. R. Civ. P. 16 and 26 deadlines. *See* Doc. No. 33. By granting the requested extension, the Defendants' response would be due prior to the Rule 26(f) conference and the preparation of the proposed scheduling order.

5. This is the first extension of the response deadline requested by the Defendants.

RESPECTFULLY SUBMITTED this 30th day of October, 2020.

PHILIP J. WEISER
Attorney General

s/ Michael T. Kotlarczyk
*CHRISTOPHER P. BEALL**
Deputy Attorney General
*MICHAEL T. KOTLARCZYK**
Assistant Attorney General
*PETER G. BAUMANN**
Campaign Finance Fellow

Attorneys for Defendants

Ralph L. Carr Colorado Judicial Center
1300 Broadway,  Floor
Denver, Colorado  80203
Telephone:  303-892-7400

E-Mail:   christopher.beall@coag.gov
              Mike.kotlarczyk@coag.gov
              Peter.baumann@coag.gov

*Counsel of Record

## CERTIFICATE OF SERVICE

   I hereby certify that on October 30, 2020, I served a true and complete copy of the within **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** upon all counsel of record and parties who have appeared in this matter through ECF or as otherwise indicated below:

Daniel E. Burrows
Public Trust Institute
98 Wadsworth Blvd., #127-3071
Lakewood, Colorado 80226
720-588-2008
dburrows@publictrustinstitute.org
*Attorney for Plaintiff Colo. Union of Taxpayers, Inc.*

Scott E. Gessler
Gessler Law, LLC
1801 Broadway, Suite 507
Denver, CO  80202
720-839-6637
sgessler@gesslerlawfirm.com
*Attorney for Plaintiff Colo. Stop The Wolf Coal.*

              /s Xan Serocki
              *Xan Serocki*