IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02766-CMA-SKC

COLORADO UNION OF TAXPAYERS, INC.,

    Plaintiff,

v.

JENA GRISWOLD, Colorado Secretary of State, in her official capacity, and
JUDD CHOATE, Director of Elections, Colorado Department of State, in his official capacity,

    Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, Colorado Union of Taxpayers, Inc. (CUT), hereby requests that the Court grant the parties an additional three days in which to file dispositive motions and, in support thereof, states as follows:

1. According to the case management plan, dispositive motions are due July 20, 2021. (Scheduling Order 8, ECF No. 50.)

2. The undersigned is presently traveling with family. He had intended to complete and file a motion for summary judgment before leaving town. However, counsel unexpectedly had to file another case (in state court) during that time. Consequently, Plaintiff's attorney has been unable to dedicate sufficient time to a motion for summary judgment.

3. Therefore, Plaintiff requests that the Court grant a short, three-day extension of time for both parties to file any dispositive motions.

4. The undersigned conferred with opposing counsel and was informed that

Defendants would have no objection to the relief requested herein.

WHEREFORE, Plaintiff requests that the Court grant the parties up to and including July 23, 2021, in which to file any dispositive motion.

Respectfully submitted this 16th day of July, 2021.


s/ Daniel E. Burrows
*Daniel E. Burrows*
Public Trust Institute
98 Wadsworth Blvd. #127-3071
Lakewood, CO 80226
Telephone: (720) 588-2008
E-mail: dburrows@publictrustinstitute.org
Attorney for Plaintiff

Pursuant to D.C.COLO.LCivR 6.1, the undersigned certifies that this motion has been served contemporaneously on his client.


s/ Daniel E. Burrows
Attorney for Plaintiff