**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02766-CMA-SKC

COLORADO UNION OF TAXPAYERS, INC.,

    Plaintiff,

v.

JENA GRISWOLD, Colorado Secretary of State, in her official capacity, and
JUDD CHOATE, Director of Elections, Colorado Department of State, in his official capacity,

    Defendants.

---

## JOINT MOTION TO VACATE TRIAL AND TRIAL PREPARATION CONFERENCE

    The parties agree that there are no disputed material facts and that this case would be properly resolved on written submissions. (*E.g.*, Defs.' Mot. Summ. J. Resp. 2, ECF No. 79; Pl.'s Mot. Summ. J. ¶ 1, ECF No. 76.) Cross-motions for summary judgment were submitted to the Court in July and briefing on those motions is complete. The Court has not yet ruled on those motions.

    A trial preparation conference is scheduled for Tuesday, January 4, 2022, and a two-day trial is set to begin the following Monday. (Orders, Sept. 21, 2021, ECF Nos. 91, 92.) In order to give the Court sufficient time to decide the pending motions and, potentially, avoid unnecessary expenditure of attorney and judicial resources, the parties request that the Court vacate both the trial and trial preparation conference pending a decision on the motions for summary judgment.

| | |
|---|---|
| s/ Daniel E. Burrows<br>***Daniel E. Burrows***<br>Public Trust Institute<br>98 Wadsworth Blvd. #127-3071<br>Lakewood, CO 80226<br>Telephone: (720) 588-2008<br>E-mail: dburrows@publictrustinstitute.org<br>Attorney for Plaintiff | s/ Michael T. Kotlarczyk<br>***Michael T. Kotlarczyk***<br>Colorado Department of Law<br>1300 Broadway, 6th Floor<br>Denver, CO 80203<br>Telephone: (303) 892-7400<br>E-mail: mike.kotlarczyk@coag.gov<br>Attorneys for Defendants<br>(SIGNATURE ADDED VIA E-MAIL APPROVAL) |